# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0526

_____

JORGE LUIS DIAZ,

Appellant,

v.

ADVANCED DISPOSAL SERVICES
SOLID WASTE SOUTHEAST, INC.
and ADVANCED DISPOSAL
SERVICES/GALLAGHER BASSETT
SERVICES, INC.,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jack A. Weiss, Judge.

Date of Accident: March 11, 2019.

November 20, 2025

PER CURIAM.

AFFIRMED.

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Mark, L. Zientz of Law Offices of Mark L. Zientz, P.A., Aventura, for Appellant.

Steven H. Preston of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, for Appellees.